IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARNA L. KELLEY, | ) |
| Plaintiff, | ) |
| v. | ) |
| HSBC BANK USA, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC | ) Case No.: 1:14-cv-00892-WKW-WC |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE WATKINS:

Plaintiff Larna L. Kelley and Defendant Trans Union LLC file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff Larna L. Kelly and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Counsel for Plaintiff represents that he has the express permission and consent of Matthew W. Robinett, Counsel for Defendant Trans Union, LLC, to affix said Counsel's electronic signature hereon and to file the same with this Court.

Respectfully submitted,

/s/ Anthony B. Bush

**ANTHONY BRIAN BUSH**
**Attorney for Plaintiff Larna L. Kelley**
THE BUSH LAW FIRM, LLC
529 South Perry Street, Suite 22
Montgomery, AL 36104
Telephone: (334) 263-7733
Facsimile: (334) 832-4390
anthonybbush@yahoo.com


  *and*

/s/ Matthew W. Robinett

**MATTHEW W. ROBINETT**
ASB-3523-I72M
**Attorney for Defendant Trans Union LLC**
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 21 day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Matthew Whittle Robinett**
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
mrobinett@nwkt.com
***Counsel for Defendant Trans Union LLC***

**Alan Daniel Leeth**
**Rachel R Friedman**
Burr & Forman LLP -- B'ham
420 North Twentieth Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5670
aleeth@burr.com
rfriedma@burr.com
***Counsel for HSBC Bank USA, N. A.***

EQUIFAX INFORMATION SERVICES, LLC
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, Alabama 36104

EXPERIAN INFORMATION SOLUTIONS, INC.
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None at this time.

           /s/ Anthony B. Bush
           **ANTHONY BRIAN BUSH**