IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LARNA L. KELLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.** |
| | ) | **1:14-cv-892-WKW-WC** |
| **HSBC BANK USA, NATIONAL ASSOCIATION;** | ) ) | |
| **BANK OF AMERICA, NATIONAL ASSOCIATION;** | ) ) | |
| **EQUIFAX INFORMATION SERVICES, LLC;** | ) ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; and** | ) ) | |
| **TRANS UNION, LLC LLC;** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Larna L. Kelley ("Plaintiff") and defendant HSBC Bank USA, N.A. ("HSBC"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against HSBC only in the above-styled action, with Plaintiff and HSBC to bear their own attorney's fees, costs and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Alan D. Leeth certifies that he has the express permission and agreement of counsel for Plaintiff to affix his respective electronic signature hereon and further

22341159 v1

certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Dated this the 10th day of December, 2014.

                                       Respectfully submitted,

                                       *s/ Anthony B. Bush*
Anthony B. Bush
The Bush Law Firm, LLC
529 South Perry Street, Suite 22
Montgomery, AL 36104
(334) 263-7733
(334) 832-4390 (fax)
anthonybbush@yahoo.com

Attorney for Plaintiff
LARNA KELLEY

 *s/ Alan D. Leeth*
Alan D. Leeth (LEE038)
Rachel R. Friedman (FRI045)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
aleeth@burr.com
rfriedman@burr.com

Attorneys for Defendant
HSBC BANK USA, N.A.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 10th day of December, 2014:

Matthew Robinett
Norman, Wood, Kendrick & Turner
1130 22nd Street South; Suite 3000
Birmingham, AL 35205
mrobinett@nwkt.com

                                   *s/ Alan D. Leeth*
                                   OF COUNSEL