UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Larna L. Kelley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:14-cv-00892-WKW-WC |
| | ) |
| HSBC Bank USA, National Association, | ) |
| Bank of America, National Association, | ) |
| Equifax Information Services, LLC, | ) |
| Experian Information Solutions, Inc., and | ) |
| Trans Union, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC.**
and
**MOTION FOR 30 DAYS TO FILE NOTICE OF VOLUNTARY DISMISSAL**

Comes now Plaintiff, Larna L. Kelley, by and through the undersigned counsel, and hereby notifies this Honorable Court that a settlement has been reached between Plaintiff and the sole remaining Defendant, Equifax Information Services, LLC ("Equifax"), as to the subject claims. Plaintiff respectfully moves this Court for thirty (30) days to facilitate the Parties' exchange of the documents to consummate the settlement, at which time Plaintiff will notice the voluntary dismissal of Equifax.

Respectfully submitted this the 10th day of December, 2014.

/s/ **Anthony B. Bush**
Anthony Brian Bush, Esq.
529 South Perry Street, Suite 22
Montgomery, Alabama 36104
Phone:            (334) 263-7733
Facsimile:         (334) 832-4390
anthonybbush@yahoo.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 10th day of December, 2014, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:

    Rachael R. Friedman, Esq., Counsel for HSBC Bank USA, N.A.;
    Alan D. Leeth, Esq., Counsel for HSBC Bank USA, N.A.; and
    Matthew W. Robinett, Esq., Counsel for Trans Union, LLC.

By fax or email:

    Brian K. Olson, Esq., Counsel for Equifax;
    Jason Scott, Consumer Affairs for Experian; and
    Martin K. Harrison, Asst. Gen. Counsel for Bank of America.

By first class mail, postage prepaid and properly addressed:

    **/s/ Anthony B. Bush**
    Of Counsel