UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Larna L. Kelley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:14-cv-00892-WKW-WC |
| ) | |
| HSBC Bank USA, National Association, ) | |
| Bank of America, National Association, ) | |
| Equifax Information Services, LLC, ) | |
| Experian Information Solutions, Inc., and ) | |
| Trans Union, LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I), Fed. R. Civ. P., and respectfully notices the dismissal, with prejudice, of Defendant, Equifax Information Services, LLC.  As grounds, Plaintiff represents that the matters involving this Defendant have been resolved and that this Defendant has neither served an answer or filed a motion for summary judgment.

Respectfully, Plaintiff further advises this Honorable Court that this case is due to be closed in its entirety.

**RESPECTFULLY SUBMITTED** this the 29th day of January, 2015.

**/s/ Anthony B. Bush**
Anthony Brian Bush, Esq.
529 South Perry Street, Suite 22
Montgomery, Alabama 36104
Phone:           (334) 263-7733
Facsimile:       (334) 832-4390
anthonybbush@yahoo.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this the 29th day of January, 2015, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:

By fax or email:
    Brian K. Olson, Esq., Counsel for Equifax.

By first class mail, postage prepaid and properly addressed:

              **/s/ Anthony B. Bush**
               Of Counsel